FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV -7 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. 4:04-CR-73-001 |
| | § | |
| CHRISTOPHER LEE THOMPSON | § | |

## ORDER

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties waived objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of Magistrate Judge John D. Love are correct. Therefore, the Court hereby adopts the Report of United States Magistrate Judge John D. Love as the findings and conclusions of this Court.

SIGNED this 7 day of November, 2007.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE